UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:09CR50118-001 |
| ) | |
| SEBASTIAN THOMPSON ) | |

## ORDER OF DISMISSAL

Now on this 26th day of April, 2010, came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on December 9, 2009, be and is hereby dismissed without prejudice.

Entered on this 26th day of April, 2010.

　/s/ Jimm Larry Hendren　
The Honorable Jimm Larry Hendren
Chief United States District Judge